Peter H. Barlow, #7808
Matthew A. Jones #15792
STRONG & HANNI
9350 South 150 East, Suite 820
Sandy, Utah  84070
Telephone:  (801) 532-7080
Facsimile:   (801) 596-1508
pbarlow@strongandhanni.com
mjones@strongandhanni.com

*Attorneys for Defendant Auto-Owners Insurance Company*

---

IN THE UNITED STATES DISCTRICT COURT, STATE OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| SQUIRE HOLDINGS, LLC DBA STONE GATE CENTER FOR THE ARTS,<br><br>Plaintiff,<br><br>vs.<br><br>AUTO-OWNERS INSURANCE COMPANY,<br><br>Defendant. | **AUTO-OWNERS' AMENDED AND SUPPLEMENTAL NOTICE OF REMOVAL**<br><br>Case No. 2:21-cv-00208<br><br>Magistrate Judge: Jared C. Bennett<br>Judge: Ted Stewart |

Pursuant to DUCivR 81, Defendant Auto-Owners submits the following Amended and Supplemental Notice of Removal in compliance with the Court's Order dated April 7, 2021.  This Amended and Supplemental Notice of Removal supplements the information provided in Auto-Owners original Notice of Removal.

Parties to this action are

1. Defendant Auto-Owners Insurance Company, a Michigan Corporation, with its

principal place of business in Lansing, Michigan, and is incorporated in the State of Michigan.

2.      Plaintiff Squire Holdings, LLC dba Stone Gate Center for the Arts ("Squire") is a Utah Limited Liability Company, with its principal place of business located at 886 West 2600 North Pleasant Grove, UT 84062.

Squire's sole member identified on the Utah Secretary of State's website and in Squire's Articles of Organization identify the sole member and his residence as:

  a.    Matthew Johnson
        886 West 2600 North
        Pleasant Grove, UT 84062

Squire's Articles of Organization are attached hereto as Exhibit 1.  Squire's Certificate of Existence is attached hereto as Exhibit 2. Squire's Registered Principals list is attached as Exhibit 3.

DATED this 7th day of April, 2021.

                                    **STRONG & HANNI**

                                    */s/ Peter H. Barlow*
                                    Peter H. Barlow
                                    Matthew A. Jones
                                    *Attorneys for Defendant Auto-Owners Insurance Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of April, 2021, a true and correct copy of the foregoing document was served by the method indicated below, to the following:

| | |
|---|---|
| Ryan M. Nord<br>SAGE LAW PARTNERS, LLC<br>140 North Union Ave., Suite 220<br>Farmington, Utah 84025<br>rnord@sagelawpartners.com<br>*Attorneys for Plaintiff* | (  ) U.S. Mail, Postage Prepaid<br>(  ) Hand Delivered<br>(X) Email<br>(  ) Overnight Mail<br>(  ) Facsimile<br>(X) CM/ECF Filing |

                                                                          */s/ Flor Hernandez*