Peter H. Barlow, #7808
Matthew A. Jones #15792
STRONG & HANNI
9350 South 150 East, Suite 820
Sandy, Utah  84070
Telephone:  (801) 532-7080
Facsimile:   (801) 596-1508
pbarlow@strongandhanni.com
mjones@strongandhanni.com
*Attorneys for Defendant Auto-Owners Insurance Company*

**IN THE UNITED STATES DISCTRICT COURT,
STATE OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **SQUIRE HOLDINGS, LLC DBA STONE GATE CENTER FOR THE ARTS,**<br><br>**Plaintiff,**<br>-vs-<br><br>**AUTO-OWNERS INSURANCE COMPANY,**<br><br>**Defendant.** | **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:21-cv-00208-TS-JCB<br><br>Judge: Ted Steward<br><br>Magistrate Judge: Jared C. Bennett |

Plaintiff, Squire Holdings, LLC dba Stone Gate Center for the Arts ("Plaintiff"), and Defendant, Auto-Owners Insurance Company ("Defendant"), by and through their respective counsel of record, stipulate that Plaintiff's Complaint and all claims and causes of action contained therein, whether alleged or not alleged, pleaded or not pleaded, have been settled, compromised, and resolved in full, and that said Complaint and all such claims and causes of action may be dismissed, with prejudice, on the merits with each party bearing their own attorney's fees and costs.

DATED this 15th day of February, 2022.

          **STRONG & HANNI**

          */s/ Matthew A. Jones*
          Peter H. Barlow
          Matthew A. Jones
          *Attorneys for Defendant Auto-Owners Insurance Company*

DATED this 16th day of February, 2022.

          **SAGE LAW PARTNERS, LLC**

          */s/ Ryan M. Nord (with permission)*
          Ryan M. Nord
          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2022, a true and correct copy of the foregoing was served via **electronic filing** to the following:

Ryan M. Nord
SAGE LAW PARTNERS, LLC
140 North Union Ave., Suite 220
Farmington, Utah 84025
rnord@sagelawpartners.com
*Attorneys for Plaintiffs*

          */s/ Lisa L. Conterio*

2